UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 4:22-CR-00681 MTS |
| vs. | ) | |
| | ) | |
| MARVIN WILLIAMS | ) | |

## **RENEWED MOTION TO CONTINUE**

Comes now the Defendant, MARVIN WILLIAMS, by and through his attorney, Beau B. Brindley, and respectfully moves this Honorable Court to continue the Sentencing Hearing scheduled for July 11, 2024. In support, he states as follows:

In response to this the Court's July 3 Order (Dkt. 100), this motion is renewed with additional specific information.

Sentencing in this case is scheduled for July 11, 2024. On July 10, 2024, the undersigned will be appearing in proceedings in *United States v. Melton* (1:24-cr-00059) a murder solicitation case in the District of Rhode Island. This arraignment and detention hearing for a newly indicted case was scheduled on June 28, 2024. Following the hearing, the undersigned has scheduled an attorney-client visit with Mr. Melton, who is in custody.

The undersigned's co-counsel, Michael Thompson will be out of the country on a previously-planned trip on July 11 and also unable to appear.  Mr. Thompson will be in Ireland from July 10 to July 19, 2024, with nonrefundable bookings. Mr. Thompson took the lead on the change of plea hearing for Mr. Williams and in writing the initial draft of the sentencing memorandum.

The undersigned apologizes for this scheduling issue and asks the Court to continue the hearing to a later date when both counsel can appear.

1

        Respectfully submitted,

        MARVIN WILLIAMS

        By:   <u>s/ Beau B Brindley</u>
                Counsel for defendant

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
312.765.8878

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing upon all counsel.

        <u>/s/ Beau B Brindley</u>
        Counsel for defendant Marvin Williams